The next case on our calendar is Ariska Insurance Company v. Avalon Gardens Rehabilitation They are on submission Mr. Polichilli, nice to see you again Nice seeing you again Judge Happy to be in front of you, it's been a long time It has been a long time We've got some good memories In any event, I represent Ariska Insurance Company The basis of this appeal stems from the fact that Ariska Insurance Company's lawyer, Mr. Curden, was disqualified from representing Ariska Insurance Company in this lawsuit That left Ariska Insurance Company without a lawyer to respond to the 12 v 6 motion that the defendants made The previous co-counsel, Mr. Fager, had passed away Kevin McCormick, who was also involved in this case, withdrew You don't challenge any of the underlying decisions of the disreport, is that correct? Basically yes, because we're saying that by disqualifying Mr. Curden, the entire process was tainted so that they were not able to adequately respond to the 12 v 6 motion to dismiss Judge You're talking about a case where you had the... Look, I dealt with Mr. Curden for frankly too long Even if we were to agree with you, this would not change the result because you have, in effect, abandoned a challenge to the underlying judgment I don't think we have, Your Honor Well, there's nothing before us Well, I think there is, Your Honor I think that when we cited the Richardson-Merrill case that talks about disqualification in a final order, it's reviewable if it taints the entire proceeding And that's our position, that the disqualification order, which we say was improper, tainted the entire proceeding I think that the way to proceed then would have been to file a notice of appeal that included the judgment that you claim is tainted by, in effect, Mr. Curden's conduct, misconduct, however you want to describe it And the district court's determination of the effect of that conduct or misconduct And you didn't do that Well, I think we did, Judge Why did you do that in your notice of appeal? In fact, you started out your terrific presentation by saying the basis for this appeal is the disqualification of Mr. Curden. That's it Right, because the disqualification was part of the final order of the judgment dismissing the case under 12b-6 And the position that we're taking is that that dismissal of the complaint was erroneous because of the disqualification prohibited a risk insurance company from adequately defending itself on the 12b-6 motion Tell me where, either in the notice of appeal or in your brief, you specifically say that you are challenging the dismissal of the complaint and that's the basis for your appeal Yes, Your Honor. In our brief on page 10 and on page 35, we make that statement that the fact that Mr. Curden was absolutely necessary to frame the response to the motion And we get into the reasons why a risk insurance company wasn't able to respond. They didn't have a lawyer to respond until Mr. Hitzke got involved Where do you say that the dismissal itself was wrong? I think we had it in the notice of appeal and I think we had it in the issues presented I'll check again Of course, you could have asked for a continuance. Couldn't they have asked for a continuance? On the 12b-6 motion until they got other counsel? I don't know, Judge. I think that what happened was when counsel got involved, when Mr. Hitzke got involved, he was able to scramble to put in an answer to the 12b-6 motion But then I think what happened prior to the decision on this 12b-6 motion by Judge Hurd in the summer of 2019, I had gotten involved in this case, I think it was January or February 2019 We tried to put in a second amended complaint and that was rejected because on the first amended complaint in front of Judge Baxter, there was a motion made to amend the complaint Judge Baxter granted the motion and then when the second amended complaint was attempted, Judge Lovich said, well, you've already used up your motion and you can't amend as of right anymore And so we weren't able to amend the complaint and right after that is when Judge Hurd issued his order dismissing the complaint under 12b-6 And all we're asking for basically is a remand so that we can get started again on this case because the major complaint is that if you're going to disqualify the lawyer for engaging in the business of insurance in violation of section 1033 of the criminal law, then he's entitled to a hearing under 1034 which nobody asked for And that was where I think the due process and the unfairness came in where there was no hearing to determine whether he actually violated the federal criminal statute that there's a procedure to follow to say you want to disqualify somebody or get an injunction and the burden is on the person moving and you have to move under section 1034 and the person has an opportunity to be heard Can I just ask counsel, there's a representation in the opposing brief that Mr. Kernan was shortly thereafter disbarred from the Northern District of New York. I don't know what's going on up there but do you dispute that? Okay A quick yes or no on that one. Is he barred from practicing before the U.S. District Court for the Northern District of New York? Well what happened was this court on that appeal decided it was moot because right before this court rendered a decision the rules changed and admissions to allow Mr. Kernan to reapply so he has reapplied to the Northern District of New York and that application is still viable based upon communications with Judge Sutton He's out right? Right now he's out, yes So I guess my question is, I don't know if you want to put it in terms of prejudice, but you're contesting, even assuming we can get there, which seems doubtful to me for all the reasons Judge Loyer has been explaining, but even assuming we could, you know if this thing had gone on for an extra month in the district court, I mean he was disbarred So the complaint that this shouldn't have been dismissed, he shouldn't have been disqualified, he was going to get disqualified within a month anyway, so I guess I'm just not seeing the bottom line here, how anything in any universe could have been different for you Well I think the real victim here is a risk insurance company not having the ability not only to have the lawyer, but remember when he was disqualified, he was disqualified with the understanding that he wasn't even supposed to communicate with any other lawyer to give any information, he was not to take any role in the litigation whatsoever So it was very difficult for the company to be able to get a lawyer to become familiar with this case on such a short period of time Okay, thank you Thank you, the opposition is on submission, so in conclusion, counsel, what do you want to leave us with? I want to leave you with the thought of reversing the order of Judge Hurd and sending the case back down Thank you counsel, we reserve the decision